

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| C & C Road Construction, Inc./SAAB Site Contractors, L.P., | § | No. 08-17-00056-CV |
|  | § | Appeal from the |
| Appellants, | | |
|  | § | County Court at Law No. 6 |
| v. | | |
|  | § | of El Paso County, Texas |
| SAAB Site Contractors, L.P./C & C Road Construction, Inc., | § | (TC# 2014DCV2960) |
| Appellees. | § | |
|  | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the remaining portion of the Reporter's Record until **January 5, 2018.**  NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REMAINING PORTION OF THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Camilla A. Madrid, Court Reporter, for El Paso County, Texas, prepare the remaining portion of the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before January 5**,** 2018.

IT IS SO ORDERED this 28th day of December, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.